IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Linwood Clifton Wood,<br><br>PETITIONER<br><br>v.<br><br>Warden, FCI Edgefield,<br><br>RESPONDENT | Case No. 4:20-cv-02457-TLW<br><br>**Order** |

Petitioner Linwood Clifton Wood, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. ECF No. 1. The matter now comes before the Court for review of the Report and Recommendation (Report) filed by the magistrate judge to whom this case was assigned. On the sole issue in the Report, the magistrate judge recommends denying Petitioner's motion for leave to proceed *in forma pauperis* (IFP Motion). Rather than filing objections to the Report, Petitioner simply paid the $5 filing fee. ECF No. 15. Accordingly, the Court terminates the Report, ECF No. 13, and IFP Motion, ECF No. 10, as **MOOT**.

**IT IS SO ORDERED**.

*s/ Terry L. Wooten*
Terry L. Wooten
Senior United States District Judge

September 29, 2020
Columbia, South Carolina

1